```
1  QUIN DENVIR, Bar #49374
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700
```

Attorney for Defendant
CHARLES THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | NO. CR. S-04-0440 EJG |
| )                            | |
| Plaintiff,  ) | |
| )                            | **STIPULATION AND ORDER CONTINUING** |
| v.   ) | **STATUS CONFERENCE** |
| )                            | |
| CHARLES THOMPSON,            ) | |
| )                            | Date: May 6, 2005 |
| Defendant.   ) | Time: 10:00 a.m. |
| )                            | Judge: Hon. Edward J. Garcia |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Charles Thompson, that the status conference scheduled for May 6, 2005, may be continued to May 13, 2005, at 10:00 a.m.

    The parties are close to resolving the case -- a proposed resolution is now under review by a supervising prosecutor -- but there is no chance a written agreement will be completed before tomorrow's status conference. Accordingly, the parties agree to a one-week continuance and also agree that the ends of justice to be served by that continuance outweigh the best interests of the public and the defendant in a speedy

trial and that time under the Speedy Trial Act may be excluded from the date of this Order through May 13, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

QUIN DENVIR
Federal Defender

Dated: May 5, 2005          /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for CHARLES THOMPSON

                            McGREGOR SCOTT
                            United States Attorney

Dated: May 5, 2005          /s/ R. Bender
                            RICHARD J. BENDER
                            Assistant U.S. Attorney

## O R D E R

The status conference is continued to May 13, 2005, at 10:00 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

IT IS SO ORDERED.

Dated: May 4, 2005          /s/Edward J. Garcia
                            HON. EDWARD J. GARCIA
                            United States District Judge

2