QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CHARLES THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-04-0440 EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| CHARLES THOMPSON, ) | |
| ) | Date: July 1, 2005 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Charles Thompson, that the status conference scheduled for July 1, 2005, may be continued to July 29, 2005, at 10:00 a.m.

   The parties have reached a tentative agreement to resolve the case but seek additional time to finalize the agreement, reduce it to writing, and (likely) to also resolve the related civil forfeiture case.  A pre-plea presentence report has been prepared, so the parties anticipate that they will request a change of plea and sentencing on July 29.  So these tasks may be completed, the parties agree that the ends of justice to be

served by that continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this Order through July 29, 2005, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                              Respectfully submitted,

                                              QUIN DENVIR
                                              Federal Defender

Dated: June 29, 2005                /s/ T. Zindel
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for CHARLES THOMPSON

                                              McGREGOR SCOTT
                                              United States Attorney

Dated: June 29, 2005                /s/ T. Zindel for R. Bender
                                              RICHARD J. BENDER
                                              Assistant U.S. Attorney

**O R D E R**

    The status conference is continued to July 29, 2005, at 10:00 a.m. and time under the Speedy Trial Act is excluded through that date for the reasons set forth above and by agreement of the parties.

    IT IS SO ORDERED.

Dated: June 29, 2005                /s/ Edward J. Garcia
                                              U. S. DISTRICT JUDGE