DANIEL J. BRODERICK, #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )  No. CR. S-04-0440 EJG
                                    )
            Plaintiff,              )
                                    )  **STIPULATION AND ORDER**
      v.                            )  **RE RETURN OF PROPERTY**
                                    )
CHARLES THOMPSON,                   )
                                    )
            Defendant.              )  Judge: Hon. Edward J. Garcia
                                    )
_____ )

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Charles Thompson, that the $400 seized from Mr. Thompson during execution of a search warrant on at 1947 McPatt Place, Stockton, on September 10, 2004, be returned to Mr. Thompson or his designee as set forth below.

This stipulation arises following extensive efforts by both parties to secure the return to Mr. Thompson of $400 cash that was seized during execution of a search warrant, but never forfeited. The Stockton Police Department has advised counsel that it cannot return the money without a

court order directing it to do so.  The money was not forfeited by either state or federal officials.  The parties agree the money may be returned to Mr. Thompson directly or to his wife, Zefre Thompson.

```
                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Acting Federal Public Defender

Dated:  April 18, 2006        /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for CHARLES THOMPSON


                              McGREGOR SCOTT
                              United States Attorney


Dated:  April 18, 2006        /s/ T. Zindel for R. Bender
                              RICHARD J. BENDER
                              Assistant U.S. Attorney
                              Attorney for Plaintiff
```

**O R D E R**

The Stockton Police Department is hereby ordered to return to Mr. Thompson or to his wife, Zefre Thompson (aka Zefre Anderson), the $400 cash seized during execution of a search warrant at 1947 McPatt Place on September 10, 2004.

IT IS SO ORDERED.

```
Dated:  April 19, 2006        /s/ Edward J. Garcia
                              HON. EDWARD J. GARCIA
                              United States District Judge
```

Stip. re return of property           -2-