1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   CHARLES THOMPSON
7

8



**FILED**

MAY 1 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
               DEPUTY CLERK

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )   No. CR. S-04-0440 EJG
                                   )
14             Plaintiff,          )
                                   )   **STIPULATION AND ORDER RE ADDENDUM**
15      v.                         )   **TO PRESENTENCE REPORT AND**
                                   )   **RECOMMENDATION REGARDING DRUG**
16  CHARLES THOMPSON,              )   **TREATMENT PROGRAM**
                                   )
17             Defendant.          )
                                   )   Judge: Hon. Edward J. Garcia
18  _____ )

19

20      It is hereby stipulated and agreed between plaintiff, United States

21  of America, and defendant, Charles Thompson, that the information noted

22  below be forwarded to the Bureau of Prisons as an addendum to the

23  presentence report concerning Mr. Thompson.  The parties further agree

24  that the Court may recommend that Mr. Thompson be placed in the Bureau's

25  500-hour in-custody drug treatment program (known as RDAP).

26      Mr. Thompson's presentence report noted his extensive drug abuse

27  history although it also noted that he had not used illegal drugs for

28  several years prior to sentencing.  After Mr. Thompson was transferred to

1  the federal prison at Terminal Island he told the prison psychologist
2  that he continued to drink alcohol through early 2004; she urged him to
3  seek an addendum to his presentence report and recommendation to
4  participate in the Bureau's 500-hour RDAP program.  Mr. Thompson had
5  reported his continued alcohol use on his PSR worksheet, but the final
6  PSR inaccurately reported he had been "sober" as well as free from
7  illegal drugs.  In fact, Mr. Thompson continued to drink alcohol daily
8  through January 2004.  Under the circumstances, the parties agree that
9  this information may be sent to BOP as an addendum, along with a
10  recommendation for RDAP placement.

11                              Respectfully submitted,

12                              DANIEL J. BRODERICK
                               Acting Federal Public Defender
13

14  Dated:  May 8, 2006          /s/ T. Zindel
                               TIMOTHY ZINDEL
15                              Assistant Federal Defender
                               Attorney for CHARLES THOMPSON
16

17                              McGREGOR SCOTT
                               United States Attorney
18

19  Dated:  May 8, 2006          /s/ T. Zindel for R. Bender
                               RICHARD J. BENDER
20                              Assistant U.S. Attorney
                               Attorney for Plaintiff
21

22                          **O R D E R**

23      Defendant has asked the Court to note as an addendum to the
24  presentence report his continued use of alcohol through January 2004.
25  Although defendant reported his drinking in the worksheet he completed in
26  connection with his presentence interview, information regarding his
27  alcohol use was omitted from the final report.  However, his use of
28  alcohol through January 2004 was reported and should have been noted.

Addendum to PSR                    -2-

1    Based on the above, the Court recommends that the Bureau place Mr.

2  Thompson in the RDAP program, should it determine that he meets other

3  conditions to participation in that program.

4    A copy of this Order shall be served on the Bureau of Prisons and

5  forwarded to:

6        Atten:  Dr. Schoellkopf
         FCI Terminal Island
7        1299 Seaside Avenue
         Terminal Island, CA  90731
8

9    IT IS SO ORDERED.

10

11  Dated:  May 12, 2006

                                          HON. EDWARD J. GARCIA
12                                        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Addendum to PSR                          -3-