1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CHARLES DAVID THOMPSON



MAR 2 5 2008



8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 04-440 EJG |
|---|---|
| Plaintiff, | ) [Proposed] ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| v. | ) RETROACTIVE CRACK COCAINE REDUCTION CASE |
| CHARLES DAVID THOMPSON, | ) Date: March 28, 2008 |
| Defendant. | ) Time: 10:00 a.m. |
|  | ) Judge: Hon. EDWARD J. GARCIA |

   This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on March 4, 2008. The motion was set for hearing on March 28, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

   On September 16, 2005, this Court sentenced Mr. Thompson to a term of imprisonment of 68 months. The parties agree, and the Court finds, that Mr. Thompson is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 33 to 31.

   IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 54 months;

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. Thompson shall report to the United States Probation office closest to the release destination within seventy-two hours.

Dated: March 24, 2008

_____
HONORABLE EDWARD J. GARCIA
United States District Judge

ORDER REDUCING SENTENCE

-2-