# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| CHARLES DAVID THOMPSON ) | Case No: 02:04CR00440-01 |
| ) | USM No: 15465-097 |
| Date of Previous Judgment: Sept. 16, 2005 ) | AFD Tim Zindel |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __9/16/05__ months **is reduced to** __54 months.__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __33__         Amended Offense Level: __31__
Criminal History Category: __I__       Criminal History Category: __I__

Previous Guideline Range: __135__ to __168__ months     Amended Guideline Range: __108__ to __135__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**




Except as provided above, all provisions of the judgment dated __9/16/2005__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __March 27, 2008__                         /s/ Edward J. Garcia
                                                          Judge's signature

Effective Date: _____           EDWARD J. GARCIA, U.S. DISTRICT JUDGE
        (if different from order date)                    Printed name and title